**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DINO J. SALATI,

                      Plaintiff,

-against-

ANDREW SAUL, Commissioner of
Social Security,

                      Defendant.
-----------------------------------------------------------X

18 **CIVIL** 8136 (GWG)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 14, 2019, the Commissioner's motion for judgment on the pleadings is granted and Salati's motion is denied.

**Dated:** New York, New York
         November 15, 2019

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court

                         **BY:**
                                                    **Deputy Clerk**